

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00173-CV

| | | |
|---|---|---|
| CARL O'NEAL AND SOS ENERGY SERVICES, LLC, Appellants | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-300995-18) |
| V. | § | January 21, 2021 |
| FRANK DALE, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Carl O'Neal and SOS Energy Services, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel